**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF THE**
**CENTRAL DISTRICT OF CALIFORNIA**

**DAYANA MICHELLE HERNANDEZ ROSALES**,

Petitioner,

vs.

WARDEN, ***Adelanto ICE Processing Center;*** ERNESTO SANTACRUZ***, Field Office Director, U.S. Immigration and Customs Enforcement;*** DAVE VENTURELLA***, Acting Director, U.S. Immigration and Customs Enforcement;*** MARKWAYNE MULLIN***, Secretary of the United States Department of Homeland Security;*** TODD BLANCHE***, Acting Attorney General of the United States,*** in Their Official Capacities,

Respondents.

Case No.: 26-cv-04006-SP

**ORDER**

Before the Court is the Petitioner's Motion to Withdraw as Counsel. The Court, having found good cause, GRANTS the Motion to Withdraw as Counsel. IT IS SO ORDERED.

**Dated: September 4, 2026**

**Hon. SHERI PYM**
**United States Magistrate Judge**